IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Cecil Fitzgerald Jamison, | ) | |
| | ) | C.A. No.: 9:06-0859-RBH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NFN Perryman, Sergeant at Alvin S. Glenn Detention Center; NFN Mountjoy, Lieutenant; NFN Starling, Officer Ronaldo Myers, director of Alvin S. Glenn Detention Center; NFN Refro, Captain; R. Watson, Lieutenant; NFN Friedley, Lieutenant; NFN Moye, Sergeant; NFN Scoff, Sergeant; NFN Bufford, Sergeant; NFN Waters, Sergeant; NFN Watkins, Sergeant; NFN Fogle, Lieutenant; NFN Cann, Lieutenant; Gail Baker, Accountant; Beatrice Cunningham, Mailroom Supervisor, Alphonso Jordon, Officer; NFN Summers, Officer, ARAMARK Foods, Food Service Provider, Bob Sefers, Kitchen Supervisor; NFN Steed, Employee of ARAMARK; and NFN Kelly, Employee of ARAMARK, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge George C. Kosko, made in accordance with 28 U.S.C § 636(b)(1)(B) and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See

1

Mathews v. Weber, 423 U.S. 261, 270-71 (1976).  The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions.  See 28 U.S.C. § 636(b)(1).

The petitioner filed no objections to the Report and Recommendation.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Magistrate Judge Report and Recommendation and incorporates it herein.  It is therefore

**ORDERED** that the Report and Recommendation of the Magistrate Judge is **ADOPTED**.  The action is dismissed for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                                  s/R. Bryan Harwell
                                                  R. Bryan Harwell
                                                  United States District Judge

Florence, South Carolina
  September 6, 2006